Stephanie Zerhoot, Plaintiff-Appellee, v. Charles Zerhoot, Defendant-Appellant.

Gen. No. 48,139. 

First District, First Division.
December 29, 1960.

Robert Mendelson, of Chicago (Harry A. Goldsmith, of counsel) for appellant; Edward L. S. Arkema, of Chicago, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**